UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

| | |
|---|---|
| UNITED STATES OF AMERICA | <u>UNSEALING ORDER</u> |
| - against - | 10 CR 809 (S-4)(KAM) |

CHRISTOPHER BARRET,
    also known as "Derrick
    Brown," "Sean Brown,"
    "Mouthy," "The General" and
    "Solo,"
KAREEM FORREST,
    also known as "Dooley,"
RYAN ANDERSON,
    also known as "Dre,"
LATOYA MANNING,
LEON SCARLETT,
    also known as "Agony" and
    "Piggy," and
OMAR MITCHELL,
    also known as "Sox,"

        Defendants.

- - - - - - - - - - - - - - - - -X

      Upon the application of LORETTA E. LYNCH, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Gina M. Parlovecchio, it is hereby

ORDERED that the case and a redacted version of the indictment in the above-captioned case, attached hereto, be unsealed forthwith with regard to defendants CHARLES BARRET, also known as "Derrick Brown," "Sean Brown," "Mouthy," "The General" and "Solo," KAREEM FORREST, also known as "Dooley," RYAN ANDERSON, also known as "Dre," LATOYA MANNING, LEON SCARLETT, also known as "Piggy" and "Agony," and OMAR MITCHELL, also known as "Sox," .

Dated:    Brooklyn, New York
December 29, 2011

S/Steven M. Gold
_____
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK